IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA K. HIRD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3221 |
| | ) | |
| v. | ) | |
| | ) | |
| MINDEN PUBLIC SCHOOLS, a Nebraska Public School District, District 503, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The parties' joint motion for continuance, filing no. 15, is granted and,

1. The deadline to file mandatory disclosures is extended to July 14, 2009.

2. The Rule 16 telephone planning conference is extended from June 1 to July 16, 2009 at 9:00 a.m.  Plaintiff's counsel shall initiate the call.

DATED this 21st day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge