IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA HIRD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3221 |
| | ) | |
| v. | ) | |
| | ) | |
| MINDEN PUBLIC SCHOOLS, a | ) | **JUDGMENT** |
| Nebraska Public School District, | ) | |
| District 503, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' Joint Stipulation to Dismiss With Prejudice (filing 22) and Fed. R. Civ. P. 41,

IT IS ORDERED that this action is dismissed with prejudice, with each party to pay her or its own costs.

DATED this 9th day of July, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge